## La Comunidad de las Siervas de María *v.* La Comisión Liquidadora de la Extinguida Diputación Provincial.

Apelación procedente de la Corte de Distrito de San Juan

No. 1.—Resuelto en Diciembre 22, 1904.

Obligaciones de la Extinguida Diputación Provincial.—Habiéndose hecho cargo el Pueblo de Puerto Rico de pagar todas las obligaciones pendientes de la extinguida Diputación Provincial viene obligado á dar cumplimiento á todos aquellos contratos celebrados por dicha Diputación y que por ser válidos tienen fuerza de ley entre las partes contratantes.

Costas.—En los pleitos contencioso-administrativos las costas deben imponerse á la parte que hubiere litigado con notoria temeridad, mas si ésta no existiera en ninguna de las partes, las costas deben declararse sin especial condenación.

### EXPOSICIÓN DEL CASO.

En los autos del pleito contencioso-administrativo seguido en el extinguido Tribunal del Distrito de San Juan por la Comunidad de las Siervas de Maria contra resolución de la Comisión Liquidadora de la extinguida Diputación Provicial, por la que se denegó el pago de cincuenta dollars de una subvención, correspondiente á los meses de Octubre y Noviembre 1898, por los servicios prestados por dicha comunidad en el Hospital de la Concepción de esta Ciudad; autos pendientes ante Nos á virtud de recurso de apelación interpuesto por el Hon. Attorney General de Puerto Rico contra la sentencia pronunciada por el referido Tribunal de Distrito, la que copiada á la letra dice así:

"En la Ciudad de San Juan de Puerto Rico á los veinte y ocho días del mes de Enero de mil novecientos cuatro, vistos en juicio oral y público los presentes autos contenciosos administrativos, seguidos entre partes: de la una, como demandante, la Superiora de la Comunidad de Siervas de María, representadas por el Letrado. Don Antonio Alvarez Nava y Lobo; y de otra, como demandada la Comisión Liquidadora de la extinguida Diputación Provincial representada por el Hon. Attorney General.

1°. *Resultando*: que Don Antonio Alvarez Nava á nombre de la Comunidad Siervas de María, acompañando copia de la resolución del reclamo contra la Diputación Provincial participándole que el Gobernador de Puerto Rico había enviado á la Corte de Distrito de San Juan dicho reclamo á los efectos del párrafo 6 de la Orden General número 84 série de 1900, interpuso en 3 de Noviembre de 1901, recurso conténcioso-administrativo y el Tribunal, teniéndolo por interpuesto, se le entregaron los documentos á esta Corte remitidos, antes mencionados.

2°. *Resultando*: que en esos documentos aparece el escrito de la Superiora de la Comunidad de Siervas de María reclamando 83 dollars, 33 centavos moneda provincial importe de la subvención al Hospital de la Concepción á cargo de dicha Comunidad, correspondientes á los meses de Octubre y Noviembre de 1898, sobre la que no siendo unánime la decisión de la Comisión liquidadora de la extinguida Diputación Provincial, habiendo consignado cada uno su individual opinión fueron remitidos los documentos relativos al reclamo con sus dictámenes por separado y el certificado con la firma de los tres Comisionados de acuerdo con el párrafo 4 de la Orden General número 84 de 1900, llamando la atención del Gobernador sobre el párrafo 6 de dicha Orden General por esa causa remitiéndose á este Tribunal por lo antes expuesto.

3°. *Resultando*: que el recurrente formuló demanda solicitando se resuelva que el Tesorero pague á la demandante 50 dollars importe de la subvención de Octubre y Noviembre de 1898 más el interés legal y las costas, sentando como hechos: que la Comunidad Siervas de María se hallaba encargada del Hospital de la Concepción, subvencionando la Diputación Provincial dicho Hospital con 500 pesos provinciales según presupuesto de 1897-98, Sección 2ª., Capítulo 7°. artículos 2 y 4; suma que se satisfacia por meses, dejando de pagarle 83 pesos 33 centavos provinciales, de Octubre á Noviembre de dicho año, y equivalentes á 50 dollars, que en tiempo oportuno reclamaron el pago de esa cantidad á la Comunidad referida y le fué denegado notificandosele por la Comisión liquidadora el primer Resultando: siendo el derecho los artículos 1 y 7 de la Ley de lo Contencioso, el párrafo 6 de la Orden General número 84 de 1900: y el artículo 1091 del Código Civil.

4ª. *Resultando*: que el Hon. Attorney General pide que la Corte desestime la demanda y caso de que no presente otra el demandante se dicte fallo en favor del Tesorero de Puerto Rico, exponiendo como hechos ser cierto se presentó la reclamación refe-

rida en Resultandos anteriores por la suma de 50 dollars oro 'ameri-cano, de dos pagos mensuales de un crédito anual de la Diputación Provincial, que había votado á favor del Hospital Concepción que estaba á su cargo ; que los meses relacionados fueron los últimos que procedieron á la abolición de la Diputación Provincial y dicha re-clamación fué denegada, no teniéndose fundamentos suficientes para creer que la Congregación haya prestado los servicios en los meses de referencia al Hospital ó en cualquier otra institución pública á cargo de la Diputación : siendo el derecho la Orden General número 84 y el no estar formulada la reclamación en forma que presente claramente los fundamentos de hecho y de derecho en que se funda no habiéndose alegado que la Congregación haya prestado los ser-vicios en los meses de Octubre y Noviembre de 1898 en el Hospital.

5º. : *Resultando* : que abierto el juicio á prueba el demandado no promovió ninguna y el demandante sólo la testifical declarando dos testigos ser cierto y les consta el contenido de la pregunta que se les hizo, y es que la Comunidad Siervas de María estaba encargada del Hospital de la Concepción y prestó en él los servicios en los meses de Octubre y Noviembre de 1898.

6º. *Resultando* : que vencido el término de prueba, formado el extracto y puesto de manifiesto á las partes, no habiendo pedido enmienda ni adición alguna dentro del término que se les señaló se trajeron los autos á la vista con citación para sentencia, señalándose el 26 del corriente, informando las partes lo que estimaron conveniente, habiéndose en esta instancia cumplido las formalidades legales de sustanciación.

Siendo Ponente el Sr. Juez Presidente Don Juan Morera Mar-tínez.

*Considerando* : que sentado com hecho de la demanda que la Comunidad Siervas de María se hallaba encargada del Hospital de la Concepción ; es evidente prestaba en él servicios, como lo ha venido á demostrar la prueba practicada, justificando además dicho hecho lo por el demandante alegado en el 4º. fundamento de derecho.

2º. *Considerando :* que no negándose por las partes la subsis-tencia de la subvención votada por la Diputación Provincial, manifes-tándose por las partes que los meses reclamados fueron los últimos que precedieron á la abolición de la referida Diputación, es justo y procedente el reclamo.

Vista la Orden General número 84 del año 1900, citada.

*Fallamos* : que debemos declarar y declaramos con lugar la de-manda contencioso-administrativa promovida por la Cnogregación

de Siervas de María y en su virtud ordenamos que el Tesorero como previene la Orden General número 84 apartado 5 y 6 pague á dicha Congregación los 50 dollars que reclama con las.costas, y firme esta sentencia remítase por conducto del Honorable Gobernador de Puerto Rico copia certificada de ella, con devolución de los documentos de fólio 3 al 10 que se desglosarán á los fines dispuestos en dicho artículo 6.

Y así por esta nuestra sentencia definitivamente juzgando lo pronunciamos, mandamos y firmamos.—Juan Morera Martínez, Angel Garcia, José Tous Soto.

Publicación.—Leida y publicada fué la anterior sentencia por el Sr. Juez Presidente Ponente en estos autos celebrando audiencia pública el Tribunal hoy veinte y ocho de Enero de mil novecientos cuatro.　·　.　·　s

Certifico.—Luis Mendez Vaz. Es conforme con el original de su contenido á que me remito y para agregar á los autos de su razón libro la presente en San Juan de Puerto Rico á veinte y ocho de Enero de mil novecientos cuatro.—Luis Méndez Vaz.—Vº. Bº.—El Presidente.—Morera Martínez''.

*Resultando* : que contra esta sentencia se interpuso por el Hon. Attorney General en representación del Pueblo de Puerto Rico, recurso de apelación que le fué admitido, y que elevados los autos á esta Superioridad con citación y emplazamiento de las partes, y personadas éstas, se dió al recurso la tramitación correspondiente y se señaló día para la vista, cuyo acto se celebró con asistencia del Sr. Fiscal de este Tribunal Supremo en representación del Hon. Attorney General y del Abogado Don Antonio Alvarez Nava, como defensor de la Comunidad de las Siervas de María, quienes alegaron respectivamente lo que estimaron pertinente á su derecho.

Abogado del apelante: *Sr. Rossy, Fiscal.*

Abogado del apelado: *Sr. Alvarez Nava.*

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores emitió la opinión del Tribunal.

Aceptando los fundamentos de hecho de la sentencia apelada.

*Considerando* que no habiendose negado por la represen-

tación del demandado la efectividad de la subvención acordada por la extinguida Diputación Provincial á favor del Hospital de la Concepción de esta Ciudad, á cargo de la Comunidad ''Siervas de María;'' y constando, por otra parte, de la prueba practicada en estos autos, que dicha Comunidad prestó realmente sus servios en el citado Hospital de Caridad durante los meses de Octubre y Noviembre del año de 1898, el Pueblo de Puerto Rico que se hizo cargo de pagar las obligaciones pendientes de la extinguida Diputación Provincial está en el deber de satisfacer á la Comunidad ''Siervas de Maria'' las dos mensualidades de la subvención que dejaron de pagarsele oportunamente, en cumplimiento del contrato celebrado entre la extinguida Diputación Provincial y la citada Comunidad, que tiene fuerza de ley entre las partes contratantes.

*Considerando* que con arreglo al artículo 93 de la Ley de lo Contencioso Administrativo de 13 de Setiembre de 1888, las costas debian imponerse á las partes que litigaran con notoria temeridad, en cuyo caso no se encuentra el Pueblo de Puerto Rico que se ha limitado á objetar la falta de prueba que se advertia en el expediente, de que la Comunidad de ''Siervas de María'' hubiera prestado realmente sus servicios en el Hospital de la Concepción durante los dos meses á que se refiere la demanda.

*Vistos* el artículo 1091 del antíguo Código Civil aplicable al caso, la Orden General número 84 de 18 de Abril de 1900 y el artículo citado de la Ley de lo Contencioso Administrativo de 13 de Setiembre de 1888.

*Fallamos* que debemos confirmar y confirmamos la sentencia apelada de veinte y ocho de Enero último, dictada por el extinguido Tribunal del Distrito de San Juan, sin especial condenación de costas de ambas instancias.

Jueces concurrentes: Sres. Hernández, Figueras y Wolf.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.